TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-99-00083-CR

Anthony Joe Bell, Sr., Appellant

v.

The State of Texas, Appellee

FROM THE DISTRICT COURT OF BELL COUNTY, 264TH JUDICIAL DISTRICT

NO. 49,019, HONORABLE JOE CARROLL, JUDGE PRESIDING

PER CURIAM

This Court ordered a hearing before the district court to determine if appellant is
indigent. At the hearing, appellant stated in open court that he wished to withdraw his pro se
notice of appeal. See Tex. R. App. P. 42.2. The motion to withdraw notice of appeal is granted. 
The appeal is dismissed.

Before Justices Jones, B. A. Smith and Yeakel

Dismissed on Appellant's Motion

Filed: June 30, 1999

Do Not Publish